# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael Paul Blazer

Plaintiff

v.

Medical Concepts Development, Inc.

Defendants

Case No. Civil 00 1939 PAM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss is granted. Plaintiff's complaint is dismissed without prejudice.

DATE: August 27, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk